# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| REGINALD J. CALLOWAY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEFFERSON DUNN, *et al.*, )<br>)<br>Defendants. ) | Case No. 5:20-cv-00807-AMM-SGC |

## MEMORANDUM OPINION

The magistrate judge filed a report on July 8, 2021, recommending that the court grant the defendants' motion for summary judgment, Doc. 11, deny the plaintiff's motion for a temporary restraining order and preliminary injunction, Doc. 17, and dismiss this action with prejudice. Doc. 23. Although the magistrate judge advised the plaintiff of her right to file objections within fourteen days, the court has not received any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendations. Accordingly, the court **GRANTS** the defendants' motion for summary judgment, **DENIES** the plaintiff's motion for a temporary restraining order and preliminary injunction, and **DISMISSES** this action **WITH PREJUDICE**.

The court will enter a separate Final Judgment.

**DONE** and **ORDERED** this 3rd day of August, 2021.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE